THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAM TRAN, | CASE NO. C22-5923-JCC |
| Petitioner, | ORDER |
| v. | |
| KELLI E. OSLER, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Theresa L. Fricke, there being no objections, and the remaining record, hereby finds and ORDERS:

(1) The R&R (Dkt. No. 4) is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED;

(3) Plaintiff's action is DISMISSED without prejudice; and

(4) The Clerk is directed to send copies of this Order to Petitioner.

DATED this 25th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-5923-JCC
PAGE - 1